# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**SEARCH WARRANT**
Case Number: 11- 828M (NJ)

A priority parcel with delivery confirmation number 0310 0480 0001 8838 4820, mailed on February 2, 2011. This parcel bears a handwritten label addressed to Natashaa Johonson, 2153 N 37th St., Milwaukee, WI 53208 and bears the return address of Jay Suaarez, 149 S Cantu Ave., Weslaco, TX 78596. The parcel is 6 inches by 12 inches by 12 inches, weighs approximately 7 lbs. 9.8oz., and bears $16.20 in postage.

TO: Any authorized officer of the United States:

   Affidavit having been made before me by United States Postal Inspector Mark Spellman, of the Milwaukee Field Office of the United States Postal Inspection Service, who has reason to believe that on the property known as:

**A priority parcel with delivery confirmation number 0310 0480 0001 8838 4820, mailed on February 2, 2011. This parcel bears a handwritten label addressed to Natashaa Johonson, 2153 N 37th St., Milwaukee, WI 53208 and bears the return address of Jay Suaarez, 149 S Cantu Ave., Weslaco, TX 78596. The parcel is 6 inches by 12 inches by 12 inches, weighs approximately 7 lbs. 9.8oz., and bears $16.20 in postage.**

in the Eastern District of Wisconsin there is now concealed certain property, namely: **A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).**

   I am satisfied that the affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _Feb 22nd_, 2011
                                                    Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 a.m. to 10:00 p.m.) ~~(at any time in the day as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to *__Nancy Joseph, U.S. Magistrate Judge__* as required by law.

_Feb 7th_, 2011; _3:30_ p.m.              at Milwaukee, Wisconsin
Date and time issued                       City and State

THE HONORABLE NANCY JOSEPH
United States Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

Case 2:11-mj-00828-NDJ   Filed 02/09/11   Page 1 of 2   Document 2

# RETURN

| Date Warrant received | Date and time Warrant executed | Copy of warrant and receipt for items left with |
|---|---|---|
| 2/7/11 | 2/8/11 11:30am | WITH PARCEL |

Inventory made in the presence of
JAMES MURPHY

Inventory of person or property taken pursuant to the Warrant
APPROX 5.7 LBS OF A GREEN LEAFY SUBSTANCE WHICH TESTED POSITIVELY FOR THE PRESENCE OF THC

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*     2/9/11
U S Judge or Magistrate Judge     Date